IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL DANIELS, <br> **Plaintiff,** | : <br> : <br> : |
| v. | :     CIVIL ACTION NO. 17-0118 |
| CITY OF PHILADELPHIA, *et al.*, <br> **Defendants.** | : <br> : <br> : |

**FILED**
NOV -8 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 8th day of November 2017, upon consideration of the Motion to Dismiss filed by Defendants the City of Philadelphia and Charles Ramsey [Doc. No. 9], and the response thereto [Doc. No. 16], it is hereby **ORDERED** that the Motion to Dismiss [Doc. No. 9] is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. The Motion is **GRANTED** with respect to the Counts 2 through 10. These counts are **DISMISSED WITH PREJUDICE**.

    b. The Motion is **DENIED** with respect to Counts 1 and 11.

It is **FURTHER ORDERED** that the City of Philadelphia and Charles Ramsey are **DISMISSED** as Defendants.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.